**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| DANIEL THIELS, derivatively on behalf of SUNNOVA ENERGY INTERNATIONAL INC.,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. BERGER, ROBERT L. LANE, NORA MEAD BROWNELL, DOUG KIMMELMAN, C. PARK SHAPER, MARK LONGSTRETH, RAHMAN D'ARGENIO, MICHAEL C. MORGAN, ANNE SLAUGHTER ANDREW, AKBAR MOHAMED, and MARY YANG,<br><br>Defendants,<br><br>and<br><br>SUNNOVA ENERGY INERNATIONAL INC.,<br><br>Nominal Defendant. | Case No.: 4:24-cv-01668 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Daniel Thiels ("Plaintiff") hereby voluntarily dismisses the claims in the above-captioned action (the "Action"), without prejudice, as to all Defendants. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or counsel for Plaintiff, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 6, 2024

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

_/s/ Saadia Hashmi_
Saadia Hashmi
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: shashmi@thebrownlawfirm.net
tbrown@thebrownlawfirm.net

*Counsel for Plaintiff*