United States District Court
Southern District of Texas
**ENTERED**
June 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL THIELS, derivatively on behalf of SUNOVA ENERGY INTERNATION INC. | § § § | |
| VS | § § § | CIVIL ACTION NO. H: 24-1668 |
| WILLIAM J. BERGER, *et al* | § | |

## ORDER OF DISMISSAL

In accordance with the Plaintiff's Notice of Voluntary Dismissal filed on June 6, 2024 (Doc. No. 27), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED this 12th day of June 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE